

# NUMBER 13-13-00446-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

DONALD D. POWERS AND LESLIE
E. POWERS, INDIVIDUALLY AND
AS CO-TRUSTEES OF THE DONALD
D. POWERS AND LESLIE E. POWERS
CHARITABLE REMAINDER UNITRUST,                    Appellants,

v.

EOG RESOURCES, INC., WALTER C.
ENGLISH, JR., AND LEGACY, LLC.,                    Appellees.

### On appeal from the 25th District Court
### of Gonzales County, Texas

# ORDER ABATING APPEAL

### Before Justices Benavides, Perkes, and Longoria
### Per Curiam

This cause is before the Court on the record and an agreed advisory to the Court

regarding settlement.   The parties advise this Court that they have tentatively reached a settlement agreement in this matter and request that the Court abate any further deadlines in the appeal pending the filing of dismissal documents.

The Court, having examined and fully considered the documents on file and the motion to abate, is of the opinion that the motion to abate the appeal pending settlement should be granted.   The motion to abate the appeal pending settlement is GRANTED and this appeal is ordered ABATED until December 9, 2013.

PER CURIAM

Delivered and filed the
15th day of November, 2013.

2